(January 22, 1976)

In the Matter of BERNARD FRIED, Petitioner, v GEORGE POSTEL, et al.,

Respondents.—Application for an order, pursuant to CPLR article 78, in the nature of a writ of prohibition unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Lupiano, Capozzoli, Lane and Nunez, JJ.